IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>STAFFING SPECIALISTS, INC.,<br><br>Defendant. | Civil Action No. 04-606 GMS<br><br>Adversary Case No. 02-04470 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE OF COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, InaCom Corp., hereby dismisses without prejudice the *Complaint for Avoidance and Recovery of Preferential Transfers* in the adversary proceeding versus Staffing

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.
42125-003\DOCS_DE:119714.1

Specialists, Inc., Civil Action No. 04-606 (GMS). Plaintiff and Defendant shall bear their own fees and costs in connection with the above-captioned adversary proceeding.

Dated: July 14, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Sandra G. M. Selzer (DE Bar No. 4283)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor/Plaintiff