## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on the 14 day of July, 2006, I caused a true and correct copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT**

_____
Sandra G. M. Selzer (DE Bar No. 4283)

**InaCom v. Staffing Specialists, Inc.**
Civil Action No. 04-606 GMS
Document No. 119714

**First Class Mail**
Robert C. Stallons, Vice President and Co-Owner
Staffing Specialists, Inc.
2200 Westport Plaza Drive, Suite 202
St. Louis, MO  63146

**First Class Mail**
Robert C. Stallons, Vice President and Co-Owner
Staffing Specialists, Inc.
Market Street Mall
1420 East College Drive
Marshall, MN  56258